KAI LIN, Appellant, v STRONG HEALTH et al., Respondents. (And Another Action.)

Submitted August 1, 2011; decided October 25, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order that modified Supreme Court's order settling the record on appeal, dismissed upon the ground that such order

900

does not finally determine the actions within the meaning of the Constitution; motion for leave to appeal otherwise denied.